STATE OF MAINE  
CUMBERLAND, SS

DISTRICT COURT  
LOCATION: PORTLAND  
DOCKET NO. RE-2015-60

Federal National Mortgage Association  
    Plaintiff

ORDER

vs.

TITLE TO REAL ESTATE IS INVOLVED

First Magnus Financial Corporation  
    Defendant

MORTGAGED PREMISES:

Lorelle Courtois a/k/a Lorelle T. Courtois and Alan A. LeBrecque  
    Parties-In-Interest

45 Straw Road  
Gorham, ME 04038  
Book 25168, Page 287

    This matter is before the Court on Plaintiff's Motion for Default Judgment and Judgment on the Pleadings. Having considered the pleadings, this Court finds that neither the Defendant, First Magnus Financial Corporation, nor the Parties-In-Interest Lorelle Courtois a/k/a Lorelle T. Courtois and Alan A. LeBrecque; have answered or otherwise appeared in this matter.

    Accordingly, for good cause shown, it is hereby ORDERED that;

    Plaintiff is GRANTED default judgment in this matter; and

    This Court ORDERS, confirms and ratifies, *nunc pro tunc*, the transfer of the mortgage, dated June 4, 2007, and recorded in the Cumberland County Registry of Deeds in Book 25168, Page 287, as evidenced by the assignment from a) Mortgage Electronic Registration Systems, Inc., as nominee for First Magnus Financial Corporation dated June 2, 2014 and recorded in Book 31706, Page 316 and all the rights contained therein, including ownership, to Federal National Mortgage Association; and

    The Plaintiff is the owner and holder of both the subject Note and Mortgage Deed, *nunc pro tunc* as of June 2, 2014 the date of the Mortgage Assignment to the Plaintiff recorded in Book 31706, Page 316.

    Since the Party-In-Interest, Lorelle Courtois a/k/a Lorelle T. Courtois, was discharged in bankruptcy on September 22, 2015 (Docket# 15-20470) this matter does not result in any personal liability on the part of Lorelle Courtois a/k/a Lorelle T. Courtois but is limited to in rem relief concerning title to the subject Mortgage and Note.

December 9, 2015

_____  
District Court  
Superior

A True Copy  
Attest: Sally A. Bourget  
Clerk of Courts

STATE OF MAINE  
Cumberland, ss. Clerk's Office  
DEC 09 2015  
RECEIVED

Received  
Recorded Register of Deeds  
Jan 07, 2016 03:09:05P  
Cumberland County  
Nancy A. Lane

SEAL

EXHIBIT E