UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | CIVIL ACTION NO: 2:20-cv-00357-JAW |
| **Plaintiff** | MOTION FOR ENTRY OF DEFAULT AS TO PARTY-IN-INTEREST |
| vs. | |
| **Lorelle Courtois a/k/a Lorelle T. Courtois** | RE: VACANT REAL PROPERTY 17 Romeys Way f/k/a 45 Straw Road, Gorham, ME 04038 |
| **Defendant** | |
| **Alan A. Labrecque a/k/a Alan A. Lebrecque** | Mortgage: June 4, 2007 |
| **Party-in-Interest** | Book 25168, Page 287 |

NOW COMES the Plaintiff, Federal National Mortgage Association (hereinafter "FNMA"), pursuant to Fed. R. Civ. P. 55(a) and hereby moves for Default, following service, as to Party-in-Interest, Alan A. Labrecque a/k/a Alan A. Lebrecque, since said Party-in-Interest has neither answered nor otherwise appeared in this matter.  As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on October 1, 2020.

2. The Party-in-Interest, Alan A. Labrecque a/k/a Alan A. Lebrecque, was served with the subject complaint on October 7, 2020.

3. Proof of Service for Party-in-Interest, Alan A. Labrecque a/k/a Alan A. Lebrecque, was filed on January 4, 2021.

4. On September 14, 2020, the undersigned attorney on behalf of the Plaintiff, conducted a due diligence review concerning the vacancy status of the subject property, and upon information and belief, the subject property is vacant.  *See* Exhibit A (a true and correct copy of the Affidavit of Vacancy is attached hereto and incorporated herein).

5. Plaintiff has brought this action to address counts entitling it to various forms of relief.

6. By failing to appear in this matter, entry of default in favor of Plaintiff, pursuant to Fed. R. Civ. P. Rule 55(a) is proper against Party-in-Interest, Alan A. Labrecque a/k/a Alan A.

Lebrecque.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter default as to Party-in-Interest, Alan A. Labrecque a/k/a Alan A. Lebrecque.

DATED: February 3, 2021

Respectfully Submitted,

Federal National Mortgage Association,
By its attorneys,

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on this 3rd day of February, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Lorelle Courtois a/k/a Lorelle T. Courtois
20 Riverview Street
Portland, ME 04102

Alan A. Labrecque a/k/a Alan A. Lebrecque
5 Romeys Way
Gorham, ME 04038