**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **Federal National Mortgage Association** | **CIVIL ACTION NO: 2:20-cv-00357-JAW** |
| **Plaintiff** | **MOTION TO EXTEND TIME TO COMPLETE AND FILE SERVICE UPON DEFENDANT, LORELLE COURTOIS A/K/A LORELLE T. COURTOIS** |
| **vs.** | |
| **Lorelle Courtois a/k/a Lorelle T. Courtois** | **RE: VACANT REAL PROPERTY** |
| | **17 Romeys Way f/k/a 45 Straw Road,** |
| **Defendant** | **Gorham, ME 04038** |
| **Alan A. Labrecque a/k/a Alan A. Lebrecque** | Mortgage: |
| | **June 4, 2007** |
| **Party-In-Interest** | **Book 25168, Page 287** |

NOW COMES the Plaintiff, Federal National Mortgage Association, by and through its counsel, and hereby respectfully request that an order be entered granting this Motion to Extend Time to complete and file service upon Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois. As grounds therefore, Plaintiff states, upon information and belief and information provided by the servicer for the Plaintiff, the subject real property is vacant. Service upon the Defendant was attempted by Cumberland County Sheriff's Office at 20 Riverview Street, Portland, ME 04102 on October 13, 2020. Sheriff was advised that the Defendant was not known, per the current tenant. To date, LexisNexis Accurint/RISK search, Whitepages search, Google searches, Maine Probationer/Prisoner search, and probate searches have been performed to no avail. Additional time is requested to research and investigate the current whereabouts of the Defendant, and engage a private investigator, in order to complete and perfect service of the subject Complaint upon said Defendant, or in the alternative, file a Motion to Serve via Alternate Means of Publication.

WHEREFORE, the Plaintiff requests that this Honorable Court grant an additional 60 days to allow for proper service of Defendant, Lorelle Courtois a/k/a Lorelle T. Courtois, with a copy of the subject Complaint and Summons.

Respectfully submitted this 3rd day of March, 2021.

Respectfully Submitted,
Federal National Mortgage Association,
By its attorneys,

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq. hereby certify that on this 3rd day of March, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Lorelle Courtois a/k/a Lorelle T. Courtois
20 Riverview Street
Portland, ME 04102

Alan A. Labrecque a/k/a Alan A. Lebrecque
5 Romeys Way
Gorham, ME 04038