UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>   Plaintiff | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | 2:20-cv-00357-JAW |
| ALAN A. LABRECQUE, et al.,<br>   Defendants | )<br>) | |

## JUDGMENT

In accordance with the Order, issued on October 5, 2021, by U.S. District Judge John A. Woodcock, Jr.,

JUDGMENT of dismissal without prejudice is hereby entered.

                                                CHRISTA K. BERRY
                                                Clerk of Court

                      By:

                                                /s/ Teagan Snyder
                                                Deputy Clerk

Dated this 5th day of October, 2021